AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:25-CV-05059

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   LVNV Funding d/b/a Resurgent Capital Services LP
was recieved by me on  9/08/2025:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Alisha Smith**, who is designated by law to accept service of process on behalf of **LVNV Funding d/b/a Resurgent Capital Services LP** at **c/o corporation Services Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 on 09/09/2025 at 2:47 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  09/10/2025

*Server's signature*

**Carmelo Felix**
*Printed name and title*

1298 Raleigh Way
Lawrenceville, GA 30043

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT FOR A CIVIL CASE; CIVIL COVER SHEET; EXHIBITS,  to Alisha Smith who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.



Tracking #: 0185618529


